UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 09-6330-VBF(CWx)**                                                     Dated: **October 6, 2009**

Title:   The Distance Learning Company -v- Sharon Naim, et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                None Present

**PROCEEDINGS (IN CHAMBERS):**   **COURT ORDER TO SHOW CAUSE RE ATTORNEYS OF RECORD JAMES R. DAVIS, II AND TRACIE N. WESNER**

The Court is advised that as of October 6, 2009, the following attorneys have not submitted an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $185.00 pro hac vice appearance fee:

   James R. Davis, II (counsel for Plaintiff The Distance Learning Company)
   Tracie N. Wesner (counsel for Defendants)

The Court is further advised that Mr. Davis and Ms. Wesner were mailed a Notice of Filing Fee Due Upon Pro Hac Vice Application on August 31, 2009, reminding them to complete and return the application along with the filing fee; an application was enclosed with the notice.

MINUTES FORM 90                                                             Initials of Deputy Clerk   rs
CIVIL - GEN                                                -1-

Therefore, the Court issues an ORDER TO SHOW CAUSE regarding the status of the attorneys James R. Davis, II and Tracie N. Wesner. The hearing on this matter will be added to the status and scheduling conference scheduled for October 21, 2009 at 8:30 a.m.