Anne Hiaring Hocking, State Bar No. 88639
    anne@hiaringsmith.com
Vijay K. Toke, State Bar No. 215079
    vijay@hiaringsmith.com
HIARING + SMITH, LLP
101 Lucas Valley Road, Suite 300
San Rafael, CA 94903
Telephone: (415) 457-2040
Facsimile: (415) 457-2822

Attorneys for Plaintiff
THE DISTANCE LEARNING COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DISTANCE LEARNING COMPANY,<br><br>         Plaintiff,<br><br>   v.<br><br>CYBERACTIVE, INC.,<br><br>         Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. CV 09-6330-VBF(CWx)<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Valerie Baker Fairbanks<br>Trial Date: April 19, 2011 |

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
Case No. CV-09-6330-VBF(CWx)

1

1 **ORDER**

2       PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING

3 THEREFOR, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its

4 entirety, including the complaint and Defendant's counterclaims, <u>without</u> prejudice, each party

5 bearing its respective fees and costs.

6

7 DATED:  **March 1**        , 2011

8

9                         Honorable Valerie Baker Fairbank
                        Judge of the United States District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE
Case No. CV-09-6330-VBF(CWx)

2